[No. 21469–1–I.   Division One.   January 23, 1989.]

PUGET SOUND MAILING, INC., *Respondent,* v. PACIFIC
NORTHWEST BELL TELEPHONE COMPANY,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–16175–2, Gary M. Little, J., entered
November 25, 1987. *Affirmed in part* and *reversed in part*
by unpublished opinion per Coleman, C.J., concurred in by
Swanson and Pekelis, JJ.

[No. 19720–7–I.   Division One.   January 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY BRAD
BINGISSER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–03202–5, Terrence A. Carroll, J., entered
December 11, 1986. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Swanson, J., Winsor, J., dis-
senting.

[No. 21356–3–I.   Division One.   January 23, 1989.]

TRENA L. RILEY, *Appellant,* v. BENJAMIN E. HARTLEY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84–2–04030–9, Marshall Forrest, J.,
entered October 23, 1987. *Affirmed* by unpublished opinion
per Coleman, C.J., concurred in by Grosse, J., and Cole, J.
Pro Tem.